**UNION ELECTRIC COMPANY, doing business as Ameren UE, Appellee,**

v.

**James DEVINE, Appellant.**

**No. 10–1410.**

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 12, 2010.

Filed: Nov. 17, 2010.

Colly Jane Durley, Amanda Allen Miller, Smith & Lewis, Columbia, MO, for Appellee.

James Devine, Osage Beach, MO, pro se.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

In a prior appeal, this court affirmed the district court's[1] November 2007 and Janu-

---

1. The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

1. The Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

ary 2008 orders holding James Devine in contempt and directing him to take action to remove certain docks and structures on his lake property, to reimburse Union Electric Company (UE) for its cost in removing a derelict houseboat, and to pay UE's attorneys' fees. *See Union Electric Co. v. Devine,* 334 Fed.Appx. 37 (8th Cir. 2009) (unpublished per curiam). Devine now appeals an order entered in January 2010, granting UE's motion for entry of judgment against him in the amount of $32,643.02, which includes UE's new expenses in enforcing the November 2007 order and unpaid amounts awarded earlier. Because Devine's arguments all relate only to matters resolved during the previous appeal, we affirm. *See In re Just Brakes Corp. Sys., Inc.,* 293 F.3d 1069, 1072 (8th Cir.2002) (law-of-the-case doctrine prevents relitigation of issues resolved in earlier proceedings).